No. 10–772. CITY OF HAZLETON, PENNSYLVANIA *v.* LOZANO ET AL. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Chamber of Commerce of United States of America* v. *Whiting, ante,* p. 582.

No. 10–9826. FOSTER *v.* BUCHANAN ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 10–9915. VAN STUYVESANT *v.* CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 10–9937. GILLARD *v.* SOUTHERN NEW ENGLAND SCHOOL OF LAW. C. A. 1st Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*

No. 10A1051. PEREZ *v.* ENAX, DIRECTOR, FORT BEND COUNTY ADULT COMMUNITY SUPERVISION AND CORRECTIONS DEPARTMENT. Application for certificate of appealability, addressed to JUSTICE SOTOMAYOR and referred to the Court, denied.

No. D–2564. IN RE DISBARMENT OF CRAIG. Disbarment entered. [For earlier order herein, see 562 U. S. 817.]

No. D–2565. IN RE DISBARMENT OF TOLEN. Disbarment entered. [For earlier order herein, see 562 U. S. 817.]

No. D–2566. IN RE DISBARMENT OF SCHWARTZ. Disbarment entered. [For earlier order herein, see 562 U. S. 817.]